RJG:clw                                                            5946-25182

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK WYATT and JACALYN WYATT,<br><br>        Plaintiffs,<br><br>v.<br><br><br>NEW PRIME, INC., a foreign corporation<br>and MARI MARSH, Special Representative<br>of the ESTATE OF WILLIAM CUMMINGS,<br><br>        Defendants. | ) FILED: MAY 14, 2008<br>) 08CV2795        PH<br>) JUDGE LINDBERG<br>) MAGISTRATE JUDGE BROWN<br>)     Federal Case No.<br>)<br>)     State Court No.<br>)<br>)     Defendants demand trial by jury<br>)<br>)<br>) |

## PETITION FOR REMOVAL

NOW COME the defendants, NEW PRIME, INC., a Nebraska corporation, and Mari

Marsh, Special Representative of the Estate of William Cummings, deceased, by and through

their attorneys herein, DOWD AND DOWD, LTD., petitioning this honorable Court pursuant to

the provisions of 28 U.S.C. Section 1441(a), 1446(a) and (b) for the removal of that action

originally filed in the Circuit Court of Cook County, Illinois, County Department, Law Division

and styled *Frank Wyatt and Jacalyn Wyatt v. Mari Marsh, Special Representative of the Estate

of William Cummings, deceased, and New Prime, Inc., a foreign corporation,* pending under

Case No. 08 L 003653, to the United States District Court for the Northern District of Illinois,

Eastern Division.

In support their position, the defendants state as follows:

1.       On April 3, 2008, plaintiffs Frank Wyatt and Jacalyn Wyatt, Michigan citizens

and residents, filed their complaint in the Circuit Court of Cook County, Illinois, County

Department, Law Division, against defendants Mari Marsh, Special Representative of the Estate

of William Cummings, deceased and New Prime, Inc., a foreign corporation. (A copy of plaintiff's Complaint at Law is attached hereto and incorporated herein as "Exhibit A".) Therein, the plaintiffs alleged that the deceased defendant, William Cummings, in his capacity as agent, servant and employee of defendant New Prime, Inc., negligently operated a New Prime, Inc. tractor-trailer and caused personal injury, loss of consortium and property damage to the plaintiffs.

2.     The motor vehicle collision given rise to plaintiff's filing occurred in the City of Chicago, Cook County, Illinois on December 6, 2006. (See "Exhibit A", Count I, paragraphs 1 and 2.)

3.     Defendant Mari Marsh, in her capacity as Special Representative of the Estate of William Cummings, deceased, was served with process in the existing Circuit Court of Cook County action on either April 16, 2008 (as per plaintiff's counsel's correspondence dated April 17, 2008, attached hereto and incorporated herein as "Exhibit B") or on April 19, 2008 (as reflected on the Cook County, Illinois, Clerk of the Circuit Court Electric Full Case Docket Search form, attached hereto as "Exhibit C").

4.     Defendant New Prime, Inc. was served with process in the existing Circuit Court of Cook County action on either April 21, 2008 (as reflected on this corporate defendant's registered agent's correspondence to the corporation's counsel, Robert J. Golden, attached hereto and incorporated herein as "Exhibit D") or April 23, 2008 (as identified on the electric full case docket search, "Exhibit C").

5.     At all times relevant, Defendant's decedent, William Cummings was a citizen of Missouri and a resident of the city of Springfield, Missouri.  (A copy of the applicable Illinois Traffic Crash Report identifying plaintiff's decedent William B. Cummings's residence address

is attached hereto and incorporated herein as "Exhibit E".)   At the time of the subject accident, William Cummings was in possession of a valid State of Missouri Class A Driver's License, license number R205179016.  (See page 6, Traffic Crash Reconstruction Report, prepared by Trooper D. Keltner of the Illinois State Police, attached hereto as "Exhibit F".)

6.      Based on information and belief, the Special Representative named by plaintiff's counsel for the Estate of William Cummings, deceased, is a resident and citizen of the State of Illinois and is neither a citizen nor resident of the State of Michigan.  (See affidavit of attorney Robert J. Golden attached hereto and incorporated herein as "Exhibit G".)

7.      The Defendant New Prime, Inc., is a Nebraska corporation having its principal place of business in Springfield, Missouri.  (See "Exhibit G" and a copy of New Prime's Illinois Secretary of State Corporation File Detail Report, attached hereto as "Exhibit H").

8.      Plaintiff's counsel has reported that as a result of the subject occurrence, the plaintiff Frank Wyatt sustained a tear of the supraspinatus tendon in his right shoulder, and thoracic and lumbar neural impingement.   Based on representations of counsel, additional surgical procedures including a surgical repair of the supraspinatus tendon and a lumbar fusion are under consideration and being contemplated by plaintiff and his treating neurosurgeon, Steven M. Rapp, M.D. of the Michigan Spine Institute.   (Copies of plaintiff counsel Daniel J. McDevitt's February 6, 2008 and April 4, 2008 correspondence are attached hereto and incorporated herein as "Group Exhibit I".)

9.      In addition to the foregoing, plaintiff Jacalyn Wyatt has filed her claim against defendants, New Prime, Inc. and the Estate of William Cummings, deceased, seeking compensation for the loss of her husband's consortium, alleged to resulted from the personal

injuries sustained by Frank Wyatt in the December 6, 2006 motor vehicle collision. ("Exhibit A", Counts III and IV.)

10.    Predicated on the foregoing and based on information and belief, the matter in controversy exceeds $75,000. (For the court's additional consideration, we attached hereto as "Exhibit J" the Illinois Supreme Court Rule 222(b) affidavit attached to the Circuit Court of Cook County, Law Division Complaint at Law.   Therein, plaintiffs' counsel offers that the amount and damages sought in this cause exceeds the state's court jurisdictional minimum of $50,000.)

11.    Based on the foregoing, this Court has subject matter jurisdiction pursuant to 28 U.S.C. Section 1332(a) as this is a civil action between citizens of different states wherein the matter in controversy exceeds the sum or value of $75,000.

12.    The undersigned has been retained to represent both of the named defendants and said defendants each seek removal of this action from the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois.

WHEREFORE, the defendants, NEW PRIME, INC. and MARI MARSH, Special Representative of the Estate of WILLIAM CUMMINGS, move this Court in accordance with the foregoing.

DOWD & DOWD, LTD.

By:    s/ Robert J. Golden
       Attorneys for the defendants, NEW PRIME, INC.
       and MARI MARSH, Special Representative of the
       Estate of William Cummings

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    068748
COUNTY DEPARTMENT, LAW DIVISION    Atty. No. 40896

| | |
|---|---|
| FRANK WYATT and JACALYN WYATT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. |
| | ) |
| MARI MARSH, Special Representative of the Estate of William Cummings, deceased, and NEW PRIME, INC., a foreign corporation, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COME the plaintiffs, FRANK WYATT and JACALYN WYATT, by and through their attorneys, DWYER & McDEVITT, LTD., and in support of their Complaint at Law against the defendants, MARI MARSH, Special Representative of the Estate of William Cummings, deceased and NEW PRIME, INC., a foreign corporation, hereby state as follows:

### COUNT I
#### (ESTATE OF WILLIAM CUMMINGS - FRANK WYATT)

1.    On December 6, 2006, Interstate 94 was a thoroughfare in the City of Chicago, County of Cook and State of Illinois which ran in a generally northerly and southerly direction at or about 107th Street.

2.    On December 6, 2006, WILLIAM CUMMINGS was the operator of a tractor trailer proceeding in a generally northerly direction on Interstate 94 at or about 107th Street.

3.    On December 6, 2006, NEW PRIME, INC. was a Nebraska corporation licensed to do business in the State of Illinois.

4.    On December 6, 2006, NEW PRIME, INC. was in the business of the interstate delivery of freight which held a Motor Carrier License in the State of Illinois.



5.      On December 6, 2006, NEW PRIME, INC., USDOT number 003706, was the registered owner of the tractor operated by WILLIAM CUMMINGS.

6.      On December 6, 2006, a placard was present on the tractor operated by WILLIAM CUMMINGS which stated "Prime, Inc."

7.      There was in effect, at all times herein relevant, 625 ILCS 5/18C-4307, which stated in part as follows:

> The holder of a motor carrier license shall exercise direct supervision in control over all operations conducted with vehicles registered under its license or utilized in conducting operations under its license....

8.      On December 6, 2006, FRANK WYATT was the operator of a tractor trailer proceeding in a generally northerly direction on Interstate 94 at or about 107th Street.

9.      Approximately two miles before the area where Interstate 94 intersects with 107th Street, there was an illuminated sign on the side of the roadway warning northbound drivers of a construction zone and likely traffic delay ahead.

10.     Approximately one mile before the area where Interstate 94 intersects with 107th Street, there was an illuminated sign on the side of the roadway warning northbound drivers of a construction zone and likely traffic delay ahead.

11.     On December 6, 2006, northbound traffic on Interstate 94 north of 107th Street was stop and go due to ongoing construction and the resulting traffic congestion.

12.     On December 6, 2006, FRANK WYATT slowed his tractor trailer in response to the condition of traffic as he proceeded in a northerly direction on Interstate 94 at or about107th Street.

2

13.    On December 6, 2006 while either at a complete stop or a slow roll, the tractor trailer occupied by FRANK WYATT was struck in the rear by the front of the tractor trailer operated by WILLIAM CUMMINGS.

14.    That at all times herein relevant, it was the duty of the defendant, WILLIAM CUMMINGS, to exercise reasonable care and caution in the operation of the tractor trailer under his control.

15.    That notwithstanding his duty as aforestated, WILLIAM CUMMINGS was then and there guilty of one or more or all of the following negligent acts or omissions to act:

a.    failed to reduce his speed contrary to and in violation of 625 ILCS 5/11-601;

b.    traveled at an excessive rate of speed given the condition of traffic on the roadway contrary to and in violation of 625 ILCS 5/11-601;

c.    operated the tractor trailer under his control in a reckless fashion contrary to and in violation of 625 ILCS 5/11-503;

d.    failed to keep a proper look-out for the condition of traffic on the roadway;

e.    failed to undertake a maneuver necessary to avoid an accident;

f.    failed to use or sound his horn when it was required for the safe operation of his vehicle contrary to and in violation of 625 ILCS 5/12-601.

16.    That as a direct and proximate result of one or more or all of the aforesaid negligent acts or omissions to act, FRANK WYATT suffered serious personal injury, has and will in the future expend sums of money for medical care and treatment, has and will in the future experience pain, suffering, disability and lost income as a result of the injury suffered.

17.    On December 6, 2006, WILLIAM CUMMINGS died as a result of the trauma suffered in the collision referenced above.

3

18.    Pursuant to Section 5/13-209(b)(2) of the Illinois Code of Civil Procedure, Mari Marsh has been appointed Special Representative of the Estate of William Cummings, deceased.

WHEREFORE, the plaintiff, FRANK WYATT, prays that this Court enter judgment in his favor and against the defendant, Mari Marsh, Special Representative of the Estate of William Cummings, deceased in an amount exceeding $50,000.00.

COUNT II
(NEW PRIME, INC. - FRANK WYATT)

1-18.    The plaintiff repeats and realleges paragraphs 1-18 from Count I of this Complaint as paragraphs 1-18 of Count II of this Complaint as though fully stated herein.

WHEREFORE, the plaintiff, FRANK WYATT, prays that this Court enter judgment in his favor and against the defendant, NEW PRIME, INC., in an amount exceeding $50,000.00.

COUNT III
(ESTATE OF WILLIAM CUMMINGS - JACALYN WYATT)

1-15.    The plaintiff repeats and realleges paragraphs 1-15 from Count I of this Complaint as paragraphs 1-15 of Count III of this Complaint as though fully stated herein.

16.    That as a direct and proximate result of one or more of the aforesaid negligent acts or omissions to act, FRANK WYATT suffered serious personal injury.

17.    On December 6, 2006, JACALYN WYATT was the lawfully wed spouse of FRANK WYATT.

18.    That as a direct and proximate result of the serious personal injuries suffered by FRANK WYATT, JACALYN WYATT sustained the loss of FRANK WYATT's consortium, companionship, society and support.

19.    On December 6, 2006, WILLIAM CUMMINGS died as a result of the trauma suffered in the collision referenced above.

4

20.     Pursuant to Section 5/13-209(b)(2) of the Illinois Code of Civil Procedure, Mari Marsh has been appointed Special Representative of the Estate of William Cummings, deceased.

WHEREFORE, the plaintiff, JACALYN WYATT, prays that this Court enter judgment in his favor and against the defendant, Mari Marsh, Special Representative of the Estate of William Cummings, deceased in an amount exceeding $50,000.00.

COUNT IV
(NEW PRIME, INC. - JACALYN WYATT)

1-20.   The plaintiff repeats and realleges paragraphs 1-20 from Count III of this Complaint as paragraphs 1-20 of Count IV of this Complaint as though fully stated herein.

WHEREFORE, the plaintiff, JACALYN WYATT, prays that this Court enter judgment in his favor and against the defendant, NEW PRIME, INC., in an amount exceeding $50,000.00.

Daniel J. McDevitt
DWYER & McDEVITT, LTD.
30 N. LaSalle Street, Suite 3900
Chicago, Illinois 60602
(312) 332-0072
Atty. No. 40896

5

08CV2795    PH
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN

# Dwyer & McDevitt, Ltd.

Attorneys at Law
30 North LaSalle Street - Suite 3900
Chicago, IL 60602-3329
Tel: (312) 332-0072
Fax: (312) 332-4198
dwyerlawoffices.com

John J. Dwyer, Jr.
Daniel J. McDevitt

April 17, 2008

Legal Assistant:
Mari Marsh

Robert Golden
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661

Re:    **My Client:**        **Frank Wyatt**
       **Your File No.:**    **5946-25182**
       **Your Client:**      **Prime, Inc.**
       **Our File No.:**     **06-8748**

Dear Mr. Golden:

I enclose the summons and complaint served upon my legal assistant, Mari Marsh by the Cook County Sheriff. The summons and complaint were served by the plaintiff on April 16, 2008. If you have any further questions or comments regarding this matter, please contact me.

Very truly yours,

Daniel J. McDevitt

DJM:mm

Enclosures



EXHIBIT
B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     068748
COUNTY DEPARTMENT, LAW DIVISION     Atty. No. 40896

FRANK WYATT and                                  )
JACALYN WYATT,                                   )
                                                 )
            Plaintiffs,                          )
                                                 )
      v.                                         )    No.
                                                 )
MARI MARSH, Special Representative of the        )
Estate of William Cummings, deceased,            )
and NEW PRIME, INC., a foreign corporation,      )
                                                 )
            Defendants.                          )

## COMPLAINT AT LAW

NOW COME the plaintiffs, FRANK WYATT and JACALYN WYATT, by and through

their attorneys, DWYER & McDEVITT, LTD., and in support of their Complaint at Law against

the defendants, MARI MARSH, Special Representative of the Estate of William Cummings,

deceased and NEW PRIME, INC., a foreign corporation, hereby state as follows:

### COUNT I
(ESTATE OF WILLIAM CUMMINGS - FRANK WYATT)

1.     On December 6, 2006, Interstate 94 was a thoroughfare in the City of Chicago,

County of Cook and State of Illinois which ran in a generally northerly and southerly direction at

or about 107th Street.

2.     On December 6, 2006, WILLIAM CUMMINGS was the operator of a tractor

trailer proceeding in a generally northerly direction on Interstate 94 at or about 107th Street.

3.     On December 6, 2006, NEW PRIME, INC. was a Nebraska corporation licensed

to do business in the State of Illinois.

4.     On December 6, 2006, NEW PRIME, INC. was in the business of the interstate

delivery of freight which held a Motor Carrier License in the State of Illinois.

5.   On December 6, 2006, NEW PRIME, INC., USDOT number 003706, was the registered owner of the tractor operated by WILLIAM CUMMINGS.

6.   On December 6, 2006, a placard was present on the tractor operated by WILLIAM CUMMINGS which stated "Prime, Inc."

7.   There was in effect, at all times herein relevant, 625 ILCS 5/18C-4307, which stated in part as follows:

> The holder of a motor carrier license shall exercise direct supervision in control over all operations conducted with vehicles registered under its license or utilized in conducting operations under its license....

8.   On December 6, 2006, FRANK WYATT was the operator of a tractor trailer proceeding in a generally northerly direction on Interstate 94 at or about 107th Street.

9.   Approximately two miles before the area where Interstate 94 intersects with 107th Street, there was an illuminated sign on the side of the roadway warning northbound drivers of a construction zone and likely traffic delay ahead.

10.   Approximately one mile before the area where Interstate 94 intersects with 107th Street, there was an illuminated sign on the side of the roadway warning northbound drivers of a construction zone and likely traffic delay ahead.

11.   On December 6, 2006, northbound traffic on Interstate 94 north of 107th Street was stop and go due to ongoing construction and the resulting traffic congestion.

12.   On December 6, 2006, FRANK WYATT slowed his tractor trailer in response to the condition of traffic as he proceeded in a northerly direction on Interstate 94 at or about 107th Street.

2

13.    On December 6, 2006 while either at a complete stop or a slow roll, the tractor trailer occupied by FRANK WYATT was struck in the rear by the front of the tractor trailer operated by WILLIAM CUMMINGS.

14.    That at all times herein relevant, it was the duty of the defendant, WILLIAM CUMMINGS, to exercise reasonable care and caution in the operation of the tractor trailer under his control.

15.    That notwithstanding his duty as aforestated, WILLIAM CUMMINGS was then and there guilty of one or more or all of the following negligent acts or omissions to act:

   a.    failed to reduce his speed contrary to and in violation of 625 ILCS 5/11-601;

   b.    traveled at an excessive rate of speed given the condition of traffic on the roadway contrary to and in violation of 625 ILCS 5/11-601;

   c.    operated the tractor trailer under his control in a reckless fashion contrary to and in violation of 625 ILCS 5/11-503;

   d.    failed to keep a proper look-out for the condition of traffic on the roadway;

   e.    failed to undertake a maneuver necessary to avoid an accident;

   f.    failed to use or sound his horn when it was required for the safe operation of his vehicle contrary to and in violation of 625 ILCS 5/12-601.

16.    That as a direct and proximate result of one or more or all of the aforesaid negligent acts or omissions to act, FRANK WYATT suffered serious personal injury, has and will in the future expend sums of money for medical care and treatment, has and will in the future experience pain, suffering, disability and lost income as a result of the injury suffered.

17.    On December 6, 2006, WILLIAM CUMMINGS died as a result of the trauma suffered in the collision referenced above.

3

18.    Pursuant to Section 5/13-209(b)(2) of the Illinois Code of Civil Procedure, Mari Marsh has been appointed Special Representative of the Estate of William Cummings, deceased.

WHEREFORE, the plaintiff, FRANK WYATT, prays that this Court enter judgment in his favor and against the defendant, Mari Marsh, Special Representative of the Estate of William Cummings, deceased in an amount exceeding $50,000.00.

<u>COUNT II</u>
(NEW PRIME, INC. - FRANK WYATT)

1-18.    The plaintiff repeats and realleges paragraphs 1-18 from Count I of this Complaint as paragraphs 1-18 of Count II of this Complaint as though fully stated herein.

WHEREFORE, the plaintiff, FRANK WYATT, prays that this Court enter judgment in his favor and against the defendant, NEW PRIME, INC., in an amount exceeding $50,000.00.

<u>COUNT III</u>
(ESTATE OF WILLIAM CUMMINGS - JACALYN WYATT)

1-15.    The plaintiff repeats and realleges paragraphs 1-15 from Count I of this Complaint as paragraphs 1-15 of Count III of this Complaint as though fully stated herein.

16.    That as a direct and proximate result of one or more of the aforesaid negligent acts or omissions to act, FRANK WYATT suffered serious personal injury.

17.    On December 6, 2006, JACALYN WYATT was the lawfully wed spouse of FRANK WYATT.

18.    That as a direct and proximate result of the serious personal injuries suffered by FRANK WYATT, JACALYN WYATT sustained the loss of FRANK WYATT's consortium, companionship, society and support.

19.    On December 6, 2006, WILLIAM CUMMINGS died as a result of the trauma suffered in the collision referenced above.

4

20.    Pursuant to Section 5/13-209(b)(2) of the Illinois Code of Civil Procedure, Mari Marsh has been appointed Special Representative of the Estate of William Cummings, deceased.

WHEREFORE, the plaintiff, JACALYN WYATT, prays that this Court enter judgment in his favor and against the defendant, Mari Marsh, Special Representative of the Estate of William Cummings, deceased in an amount exceeding $50,000.00.

COUNT IV
(NEW PRIME, INC. - JACALYN WYATT)

1-20.    The plaintiff repeats and realleges paragraphs 1-20 from Count III of this Complaint as paragraphs 1-20 of Count IV of this Complaint as though fully stated herein.

WHEREFORE, the plaintiff, JACALYN WYATT, prays that this Court enter judgment in his favor and against the defendant, NEW PRIME, INC., in an amount exceeding $50,000.00.

Daniel J. McDevitt
DWYER & McDEVITT, LTD.
30 N. LaSalle Street, Suite 3900
Chicago, Illinois 60602
(312) 332-0072
Atty. No. 40896

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          068748
COUNTY DEPARTMENT, LAW DIVISION          Atty. No. 40896

FRANK WYATT and                              )
JACALYN WYATT,                               )
                                             )
              Plaintiffs,                    )
                                             )
       v.                                    )          No.
                                             )
MARI MARSH, Special Representative of the    )
Estate of William Cummings, deceased,        )
and NEW PRIME, INC., a foreign corporation,  )
                                             )
              Defendants.                    )

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named plaintiff certifies

that plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars

($50,000.00).

_____
Daniel J. McDevitt

Daniel J. McDevitt
DWYER & McDEVITT, LTD.
30 N. LaSalle Street, Suite 3900
Chicago, Illinois 60602
(312) 332-0072
Atty. No. 40896



*Dorothy Brown*

# Clerk *of the*
# Circuit Court
## *Cook County*

Case Information Summary for Case Number
2008-L-003653

Filing Date: 4/3/2008
Division: Law Division
Ad Damnum: $50000.00

Case Type: PERSONAL INJURY(MOTOR VEHICLE)
District: First Municipal
Calendar: H

08CV2795          PH
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN

## Party Information

**Plaintiff(s)**
WYATT FRANK

**Attorney(s)**
DWYER & MCDEVITT LTD
30 N. LASALLE #3900
CHICAGO IL, 60602
(312) 332-0072

WYATT JACALYN

**Date of Service**        **Defendant(s)**
MARSH MARI

**Attorney(s)**

NEW PRIME INC

## Case Activity

Activity Date: 4/3/2008                         Participant: WYATT FRANK

PERSONAL INJURY (MOTOR VEHICLE) COMPLAINT FILED

Court Fee: 319.00
Judgment Amount: 50000.00

Attorney: DWYER & MCDEVITT LTD

Activity Date: 4/3/2008                         Participant: MARSH MARI

APPOINT GUARDIAN AD LITEM, TRUSTEE, ADMINISTRATOR OR
EXECUTOR - ALLOWED -

EXHIBIT

Judge: MADDUX, WILLIAM
Microfilm: LD000232916

Activity Date: 4/3/2008                              Participant: WYATT FRANK

### CASE SET ON STATUS CALL

Date: 7/1/2008                          Judge: KOGAN RANDYE A
Court Time: 0930                        Microfilm: LD000232916

Activity Date: 4/3/2008                              Participant: WYATT FRANK

### CASE SET ON INDIVIDUAL CALENDAR

Microfilm: LD000232916

Activity Date: 4/21/2008                             Participant: MARSH MARI

### SUMMONS SERVED - PERSONAL SERVICE

Date: 4/16/2008
Court Fee: 120.00

Activity Date: 4/23/2008                             Participant: NEW PRIME INC

### SUMMONS SERVED - CORPORATION/COMPANY/BUSINESS

Date: 4/21/2008
Court Fee: 60.00

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

### Return to Search Page

LAW OFFICES OF
**ANTHONY E. YOUNG, LTD.**
100 EAST HURON STREET, SUITE 2004
CHICAGO, IL 60611

08CV2795        PH
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN

## Fax Cover Sheet

**DATE:**    4/21/2008                    **TIME:**    11:20 a.m.

**TO:**    Robert Golden                    **FAX:**    312.704.4500

**FROM:**    Anthony E. Young            **PHONE:**    (312) 867.1110
          Anthony E. Young, Ltd.        **FAX:**    (312) 867.1112

**TOTAL NUMBER OF PAGES: 8**

Re:  *Frank Wyatt and Jacalyn Wyatt v. Mari Marsh, Special Representative of the Estate of William Cummings, deceased and New Prime, Inc.*

Dear Mr. Golden:

Faxed herewith is the lawsuit that was served today on me, as registered agent for Prime, Inc.

Very Truly Yours,
Anthony E. Young
AEY/rec



2120 - Served              2121 - Served
2220 - Not Served          2221 - Not Served
2320 - Served By Mail      2321 - Served By Mail
2420 - Served By Publication   2421 - Served By Publication
SUMMONS                    ALIAS - SUMMONS              CCG N001-10M-1-07-05 (

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

Frank Wyatt and Jacalyn Wyatt,

v.

Mari Marsh, Special Representative of the Estate
of William Cummings, deceased
and New Prime, Inc.

No. _____

PLEASE SERVE:
New Prime, Inc.
c/o Reg. Agent, Anthony Young
100 E. Huron #2004
Chicago, IL 60611

SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which i
hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at th
following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801                , Chicago, Illinois 60602

☐ **District 2 - Skokie**          ☐ District 3 - Rolling Meadows      ☐ **District 4 - Maywood**
5600 Old Orchard Rd.               2121 Euclid                          1500 Maybrook Ave.
Skokie, IL 60077                   Rolling Meadows, IL 60008            Maywood, IL 60153

☐ **District 5 - Bridgeview**      ☐ District 6 - Markham              ☐ Child Support
10220 S. 76th Ave.                 16501 S. Kedzie Pkwy.                28 North Clark St., Room 200
Bridgeview, IL 60455               Markham, IL 60426                    Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEI
REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with
endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shal
be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 40896                                          WITNESS, _____, _____
Name: Dwyer & McDevitt, Ltd.
Atty. for: Plaintiff
Address: 30 N. LaSalle Street, Suite 3900                 _____
City/State/Zip: Chicago, IL 60602                         Clerk of Court
Telephone: 312/332-0072                                   Date of service: _____
                                                          (To be inserted by officer on copy left with defendant
                                                          or other person)
Service by Facsimile Transmission will be accepted at: _____

                                                          (Area Code)   (Facsimile Telephone Number)

# ILLINOIS TRAFFIC CRASH REPORT

SHEET 1 OF

NSP-4982-2006-0120G-12IS924

ILLINOIS STATE POLICE

**Unit 1 / Unit 2**

Names / Drivers:
- CUMMINGS, WILLIAM B — 610A E BATTLEFIELD, SPRINGFIELD, MO, 65807 — (417) 884-2401 — License R20US7001G, MO, Class B
- WYATT, FRANKLIN RAY — 476 ISLAND PARLOR, WATERFORD, MI, 48329 — (734) 451-5407 — License W300267730010, MI, Class A
- CHRIST — BISHOP FORD
- 108TH STREET

**Driver Unit 1:** DOB 02/17/2004, M — NEW PRIME, PO BOX 4220 2740 N MAYFAIR, SPRINGFIELD, MO 65803 — Make Freightliner, Truck, YEAR 06
**Driver Unit 2:** DOB 01/05/1952, M — Strick Trailers ( Dry Van-plate Trai, MI — Model 96, YEAR 06

VEHICLE — GREAT LAKES, N/A N/A — 1310 ECKLEG RD, PLYMOUTH, MI, 48170 — (734) 451-5407

Insurance:
- Liberty Insurance Company of America — A527512833500044
- Adriatic Insurance — CBA4H001

PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL):
- CUMMINGS EMMA N/A, SPRINGFIELD, MO 65807, NA
- CUMMINGS BECKY, 610A BATTLEFIELD, SPRINGFIELD, MO 65807, NA
- CUMMINGS KAREN, 610A E BATTLEFIELD, SPRINGFIELD, MO 65807, NA
- CUMMINGS TIMMOTHY N/A, 610 BATTLEFIELD, SPRINGFIELD, MO 65807, NA

PROPERTY OWNER NAME / ADDRESS:
- CUMMINGS TIMMOTHY N/A, 610 BATTLEFIELD, SPRINGFIELD, MO 65807, NA

HOSP / EMS:
- ADVOCATE CHRIST
- UNIVERSITY OF CHICAGO
- ADVOCATE CHRIST
- UNIVERSITY OF CHICAGO
- UNIVERSITY OF CHICAGO

ADVOCATE CHRIST MEDICAL ( CHICAGO )
CHICAGO FIRE DEPT.

CITY/TOWNSHIP: CHICAGO
COUNTY: COOK

DATE OF CRASH 12/06/2006
TIME OF CRASH 12:15 AM
TIME NOTIFIED 12:31 AM

OFFICER ID 4982
BEAT/DIST 3

CONTRIBUTORY CAUSE:
3 Followed too closely.

*882707*

EXHIBIT

ISP-4982-2006120G-021924

## DIAGRAM

Not to Scale



## NARRATIVE (Refer to vehicle by Unit No.)

REPORTING OFFICER RESPONDED TO A TRAFFIC CRASH ON I-94 NORTHBOUND AT 108TH STREET. R/O ARRIVED ON SCENE UNIT 1 REAR ENDED UNIT 2. THE DRIVER AND ONE PASSENGER HAD TO BE EXTRICATED FROM THE VEHICLE. ALL FIVE OCCUPANTS WERE TRANSPORTED TO NEARBY AREA HOSPITALS. THE DRIVER, IDENTIFIED AS WILLIAM CUMMINGS WAS PRONOUNCED DEAD AT CHRIST HOSPITAL BY DOCTOR ELLI AT 1:55 AM. THE MEDICAL EXAMINER IS DENSON AND THE CASE NUMBER IS 94D-06. THE THREE CHILDREN WERE TRANSPORTED TO UNIVERSITY OF CHICAGO HOSPITAL. THE FEMALE PASSENGER WAS ALSO TRANSPORTED TO CHRIST HOSPITAL. THE NEXT OF KIN WAS NOTIFIED, THE SISTER KAREN KAYSER.

## LOCAL USE ONLY  Nothing

| U1 Color: YELLOW | U1 Towed By/To: WESS/WESS |
| U2 Color: White | U2 Towed By/To: WESS/WESS |

## COMMERCIAL VEHICLE                    Unit 1

| CARRIER NAME | | SOURCE |
| NEW PRIME | | SIDE OF TRUCK X |
| ADDRESS PO BOX 4208 | | PAPERS |
| CITY SPRINGFIELD, MO 65803 | STATE  ZIP | DRIVER |
| | | LOG BOOK |

| ID Number: | | |
| USDOT 003706 | ICCMC | GVWR 60000 |
| OR State No. | State Name MO | |

| HAZARDOUS MATERIALS | PLACARDED ? No |
| IF YES: 4 DIGITS  1 DIGIT | Name None |

HAZARDOUS CARGO RELEASED FROM TRUCK?  N
VIOLATION OF HAZMAT REGS, CONTRIBUTE TO CRASH?  N
VIOLATION OF MCS REGS CONTRIBUTE TO CRASH?  N
INSPECTION FROM COMPLETED?  N

| HAZMAT | N | OUT OF SERVICE? | Y |
| MCS | N | OUT OF SERVICE? | Y |

| IDOT PERMIT# | | FORM NO. IL427500136I |
| Vehicle Configuration  6 | Cargo Body Type  2 | LoadType  5 |

| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length 64 |
| TRAILER 1  0-96" | TRAILER 1 | Total - Fr  No Of Axles 5 |
| TRAILER 2 | TRAILER 2 | WideLoad |

## COMMERCIAL VEHICLE                    Unit 2

| CARRIER NAME | | SOURCE |
| GREAT LAKES TRANSPORTATION | | SIDE OF TRUCK X |
| ADDRESS 1310 ECKLES RD | | PAPERS |
| CITY PLYMOUTH, MI 48170 | STATE  ZIP | DRIVER |
| | | LOG BOOK |

| ID Number: | | |
| USDOT 00504775 | ICCMC 232997 | GVWR 65000 |
| OR State No. | State Name MI | |

| HAZARDOUS MATERIALS | PLACARDED ? No |
| IF YES: 4 DIGITS  1 DIGIT | Name None |

HAZARDOUS CARGO RELEASED FROM TRUCK?  N
VIOLATION OF HAZMAT REGS, CONTRIBUTE TO CRASH?  N
VIOLATION OF MCS REGS, CONTRIBUTE TO CRASH?  N
INSPECTION FROM COMPLETED?  N

| HAZMAT | N | OUT OF SERVICE? | Y |
| MCS | N | OUT OF SERVICE? | Y |

| DOT PERMIT# | | FORM NO. IL427500I362 |
| Vehicle Configuration  6 | Cargo Body Type  2 | LoadType  5 |

| TRAILER WIDTH(S) | TRAILER LENGTH(S) | Vehicle Length 64 |
| TRAILER 1  0-96" | TRAILER 1  48 | Total - Fr  No Of Axles 5 |
| TRAILER 2 | TRAILER 2  48 | WideLoad |



08CV2795        PH
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN

# TRAFFIC CRASH
# RECONSTRUCTION REPORT

## PREPARED BY

### Tpr. D. Keltner # 5295

**Traffic Crash Reconstructionist**
District Chicago

### Initial Investigating Officer

Tpr. C. Dixon #4982

Illinois State Police

### Crash Number

03-06-16043



PD 4604

EXHIBIT

# TABLE OF CONTENTS
# ISP CRASH # 03-06-16043

PG 1    SYNOPSIS

PG 2   ENVIRONMENT

PG 3    NOTIFICATION/NARRATIVE

PG 4-5  VEHICLE INFORMATION

PG 6    OCCUPANT INFORMATION

PG 7   CONCLUSIONS/ CONTRIBUTING FACTORS

PG 8  FIELD SKETCH

APPENDIX A
MEASUREMENTS TAKEN BY SGT. MERRILL

APPENDIX B
COPY OF CRASH REPORT

APPENDIX C
COMMERCIAL VEHICLE INSPECTION FORMS COMPLETED BY TPR. FORD

APPENDIX D
WEATHER SUMMARY

# Illinois State Police  District Chicago
# Level III Traffic Crash Reconstruction Report

## Synopsis

**Crash Report Number**          03-06-16043

**IDOT Control Number**          unavailable

**Originating Agency**           Illinois State Police

**Date of the Crash**            12/06/06  @ 12:15 AM

**Location**                     I-94 Northbound at 108th St.

**County**                       Cook

**Township**                     EX-33

**Crash Classification**         Semi Truck/ Trailer v. Semi Truck/ Trailer Rear end Crash

**Severity**                     single fatality, 2 Class A injuries, 2 Class B injuries

**Occupant Restraint**           no occupants of Unit #1 were restrained.

Unit #2 Driver's restraint was undetermined.

# ENVIRONMENT

**Location:**        I-94 Northbound at 108th St.

**Roadway:**        Is a divided highway with concrete wall barriers to the East and West.   There are two lanes traveling Northbound and previous to the crash scene two lanes exit to the Stoney Island feeder.

**Traffic Control:**        The roadway is marked with Illinois Department of Transportation roadway markings including yellow and white solid and slashed lines.

**Traffic Density:**        Construction traffic which had began to get heavy and backed up.

**Weather Conditions:**        Fair and free of precipitation.  See appendix for specifics.

**Roadway Lighting:**        Darkness, but well lit due to Illinois Department of Transportation overhead lighting.

# NOTIFICATION

I, Tpr. D. Keltner #5295, was notified at my residence by District Chicago Command Personnel of my assistance needed reference a fatal crash. I was notified at approximately 12:40 am. I was enroute and arrived at approximately 1:55 am and began my investigation.

# NARRATIVE

The roadway evidence and vehicle damage showed both Units traveling I-94 northbound at 108th St. in the right lane. Unit #2 was slowed/stopped for construction traffic that was backed up from the north. The construction was being completed on the Bishop Ford Expressway and Dan Ryan Expressway between the streets of 103rd St. and 95th St. For an unknown reason Unit #1 failed to reduce his speed and struck the rear of Unit #2's trailer with the front of Unit #1.

The rear passenger and wife of the driver, Emma Cummings, stated she was in the sleeper birth of Unit #1. The two daughters, Becky and Karen, were in the sleeper birth with their Mother. The Driver of Unit #1, William Cummings, was reported to have had his son Timothy on his lap as he was driving.

Upon impact William and Timothy were forced into the driver side windshield area. William was fatally injured by the crash and Timothy suffered lacerations to his face and internal injuries.

William Cummings was pronounced deceased at Christ Hospital at 1:55 am. Cook County Medical Examiner's Case #94 Dec 06.

# VEHICLES

| | |
|---|---|
| Unit | #1 |
| Year | 2006 |
| Make | Freightliner |
| Model | Truck |
| Body / Style | Tractor |
| Registration | 9344B |
| Registration State | Missouri |
| Registration Year | 2006 |
| VIN | 1FUJBBCK76LV75008 |

| | |
|---|---|
| Unit | #1's Trailer Unit |
| Year | 2004 |
| Make | Great Dane |
| Model | Box Trailer |
| Body / Style | S/A above |
| Registration | 861268 |
| Registration State | Missouri |
| Registration Year | 2006 |
| VIN | 1GRAA06284B705221 |

# VEHICLES CONTINUED

| | |
|---|---|
| Unit | #2 |
| Year | 2002 |
| Make | Volvo |
| Model | Truck |
| Body / Style | Tractor |
| Registration | RW3778 |
| Registration State | Michigan |
| Registration Year | 2006 |
| VIN | 4V4NC9TJ82N330856 |

| | |
|---|---|
| Unit | #2's Trailer Unit |
| Year | 1996 |
| Make | Strick |
| Model | Box Trailer |
| Body / Style | S/A above |
| Registration | 0932477 |
| Registration State | Maine |
| Registration Year | Applied for |
| VIN | 1S12E9536TD389039 |

# OCCUPANTS

Unit #1

Driver:
William B. Cummings
DOB 06/26/41
of 610A E. Battlefield Springfield, MO 65807
Missouri Driver's License #R205179016- Class A
Was transported to Christ Hospital by Chicago Fire Department and was pronounced deceased at the Hospital.

Passengers:
Timothy Cummings
DOB 02/13/04
reported to have been on Driver's lap at the time of the crash:

Daughters
Becky Cummings
DOB 10/13/98
Class A injuries
was transported to University of Chicago Hospital

Karen Cummings
DOB 11/20/00
Class A injuries
was transported to University of Chicago Hospital

Emma Cummings
DOB 03/28/79
Class A injuries
was transported to Christ Hospital

The three above females were in the sleeper birth area.

Unit #2

Driver:
Franklin Ray Wyatt
DOB 01/03/52
of 4376 Island Park Dr. Waterford, MI 48329
Michigan Driver's License #W300261730010- Class C/A
Class B injuries
was transported to Christ Hospital

RJG:clw                          Atty. No. 90242                    5946-25182
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FRANK WYATT and JACALYN WYATT,        )      08CV2795        PH
                                      )
              Plaintiffs,             )      JUDGE LINDBERG
                                      )      MAGISTRATE JUDGE BROWN
                                      )
v.                                    )         Federal Case No.
                                      )
                                      )         State Court No.
NEW PRIME, INC., a foreign corporation )
and MARI MARSH, Special Representative )         Defendants demand trial by jury
of the ESTATE OF WILLIAM CUMMINGS,    )
                                      )
              Defendants.             )

## AFFIDAVIT OF ATTORNEY ROBERT J. GOLDEN

 I, Robert J. Golden, having been first duly sworn, on oath deposes and states that if called

at trial I would testify as follows:

 1. I am an adult, over the age of 18 years and subject to no known legal disability.

 2. I am an attorney licensed to practice law within the State of Illinois and the

United States District Court for the Northern District of Illinois.

 3. I have been retained by the defendants herein NEW PRIME, INC. and MARI

MARSH, Special Representative of the ESTATE OF WILLIAM CUMMINGS, to defend their

interests in this lawsuit filed by FRANK WYATT and JACALYN WYATT.

 4. Contemporaneous with plaintiff's counsel's forwarding of a correspondence dated

April 4, 2008, I spoke with Daniel J. McDevitt, plaintiff's counsel who reported that Mari Marsh

is my (office) legal assistant.

 5. Attorney McDevitt confirmed that Mari Marsh is a citizen of the State of Illinois,

and is neither a resident nor citizen of the State of Michigan.



6.      I have confirmed in consultation with my principal, New Prime, Inc., that New

Prime's principal place of business is Springfield, Missouri.

FURTHER AFFIANT SAYETH NAUGHT.

By: _____

ROBERT J. GOLDEN

SUBSCRIBED AND SWORN
before me on this 13th day of May 2008.

_____
Notary Public

OFFICIAL SEAL
CLAUDIA MARTINEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-4-2010

2

08CV2795        PH
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN



CYBER DRIVE ILLINOIS

JESSE WHITE
SECRETARY OF STATE

SERVICES        PROGRAMS        PRESS        PUBLICATIONS        DEPARTMENTS        CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | NEW PRIME, INC. | **File Number** | 56453695 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 07/10/1991 | **State** | NEBRASKA |
| **Agent Name** | ANTHONY E YOUNG | **Agent Change Date** | 06/09/2005 |
| **Agent Street Address** | 100 EAST HURON, #2004 | **President Name & Address** | ROBERT E LOW 5110 ROCHELLE POB 4208 SPRINGFIELD MO 65804 |
| **Agent City** | CHICAGO | **Secretary Name & Address** | VERA L LOW 5110 ROCHELLE SPRINGFIELD MO 65808 |
| **Agent Zip** | 60611 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2008 |

**Return to the Search Screen**

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



http://www.ilsos.gov/corporatellc/CorporateLlcController

## Dwyer & McDevitt, Ltd.

Attorneys at Law

30 North LaSalle Street - Suite 3900

Chicago, IL 60602-3329

Tel: (312) 332-0072

Fax: (312) 332-4198

dwyerlawoffices.com

08CV2795        PH

JUDGE LINDBERG

MAGISTRATE JUDGE BROWN

John J. Dwyer, Jr.
Daniel J. McDevitt

February 6, 2008

Legal Assistant:
Mari Marsh

Robert Golden
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661

|   | | |
|---|---|---|
| **Re:** | **My Client:** | **Frank Wyatt** |
| | **Your File No.:** | **5946-25182** |
| | **Your Client:** | **Prime, Inc.** |
| | **Our File No.:** | **06-8748** |

Dear Mr. Golden:

I enclose additional records which were recently forwarded to my attention by Dr. Sesi's office. The record includes materials from Beaumont Rehabilitation and Health Center as well as St. Joseph Mercy - Oakland. As we discussed briefly by phone, Mr. Wyatt has consistently complained of shoulder pain since the motor vehicle collision. An MRI of the shoulder revealed a supraspinatus tear. Despite a cortisone injection the shoulder pain continued. Mr. Sesi was referred to a neurosurgeon by his primary care physician to determine whether the shoulder pain is in fact radicular in nature. It is my understanding that Mr. Wyatt was recently evaluated by a neurosurgeon who determined that the shoulder pain is radicular in nature and that surgery may be required. Mr. Wyatt is attempting several epidural steroid injections as well as physical therapy in the meantime. I expect a decision will be made regarding the need for surgery by the middle of March. I will continue to keep you advised of his progress.

Given the nature and extent of Mr. Wyatt's injuries and the medical care he has received, I expect that the filing of suit will be necessary. I expect to file suit in the Circuit Court of Cook County against New Prime, Inc. as well as the Estate of William Cummins. It is my understanding that an estate was not opened on Mr. Cummins' behalf. I have written to Greg Cox and asked that he confirm whether an estate was opened. Assuming that an estate was not opened, I expect to appoint my secretary special representative of the Estate of William Cummins pursuant to Section 5/13-209(b)(2). Pursuant to that section, the recovery shall be limited to the proceeds of any liability insurance protecting the estate. I would therefore appreciate you confirming the limits of coverage at issue. I sincerely appreciate your assistance.



If you have any further questions or concerns in the meantime, please contact me.

Very truly yours,

Daniel J. McDevitt

DJM:mm

Enclosures

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    068748
COUNTY DEPARTMENT, LAW DIVISION    Atty. No. 40896

FRANK WYATT and )
JACALYN WYATT, )
) 08CV2795        PH
) JUDGE LINDBERG
Plaintiffs, ) MAGISTRATE JUDGE BROWN
v. ) No.
)
MARI MARSH, Special Representative of the )
Estate of William Cummings, deceased, )
and NEW PRIME, INC., a foreign corporation, )
)
Defendants. )

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named plaintiff certifies

that plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars

($50,000.00).

Daniel J. McDevitt

Daniel J. McDevitt
DWYER & McDEVITT, LTD.
30 N. LaSalle Street, Suite 3900
Chicago, Illinois 60602
(312) 332-0072
Atty. No. 40896



RJG:clw                         Atty. No. 90242              5946-25182
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

FRANK WYATT and JACALYN WYATT,         )
                                       )
            Plaintiffs,                )
v.                                     )        Federal Case No.
                                       )
                                       )
NEW PRIME, INC., a foreign corporation )
and MARI MARSH, Special Representative )         Defendants demand trial by jury
of the ESTATE OF WILLIAM CUMMINGS,     )         `FILED: MAY 14, 2008`
                                       )         `08CV2795        PH`
            Defendants.                )         `JUDGE LINDBERG`
                                                 `MAGISTRATE JUDGE BROWN`
                    **NOTICE OF FILING**

To:     Daniel McDevitt
        Dwyer & McDevitt, Ltd.
        30 N. LaSalle Street, Ste. 3900
        Chicago, Illinois 60602

        PLEASE TAKE NOTICE that I have caused to be filed with the Clerk of the United States

District Court for the Northern District of Illinois, on the 14th day of **May, 2008**, **Defendants' Petition of**

**Removal to Federal Court, Civil Cover Sheet, Appearance**, a copy of which is attached hereto and

hereby served upon you.

                        DOWD & DOWD, LTD.

                By:     s/ Robert J. Golden
                        Attorneys for Defendants

                    **CERTIFICATE OF SERVICE**

        I, a non-attorney, being first duly sworn on oath, depose and state that the attached above-named
document was served to the above mentioned as addressed by depositing a true and correct copy thereof
in a sealed envelope, first-class postage, prepaid, in the U.S. Mail at the corner of Jefferson and Fulton,
Chicago, Illinois 60601 on May 14, 2008.      s/ Carol L. Wells

SUBSCRIBED and SWORN to before me
this 14th day of May, 2008.

s/ Claudia Martinez
Notary Public