IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK WYATT and<br>JACALYN WYATT | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 CV 2795 |
| v. | ) | |
| | ) | Judge: George W. Lindberg |
| MARI MARSH, Special Representative of the | ) | |
| Estate of William Cummings, deceased, | ) | Magistrate:  Geraldine Soat Brown |
| and NEW PRIME, INC., a foreign corporation | ) | |
| Defendant. | ) | |

## MOTION TO REMAND TO STATE COURT

NOW COME the plaintiffs, FRANK and JACALYN WYATT, by and through their

attorneys, DWYER & McDEVITT, LTD. and pursuant to 28 U.S.C. §1447(a) asks this court to

remand this matter to the Circuit Court of Cook County and in support thereof hereby states as

follows:

    1.      On December 6, 2006, Frank Wyatt was the driver of a tractor trailer which was

struck in the rear by a tractor trailer operated by William Cummings.

    2.      The tractor trailer operated by William Cummings was occupied by his wife,

Emmanuella Cummings and their children, Becky Cummings, Karen Cummings and Timothy

Cummings.

    3.      Frank Wyatt suffered personal injury as a result of the motor vehicle accident of

December 6, 2006 and William Cummings died as a result of the collision.

    4.      A lawsuit was filed on behalf of Frank Wyatt and his wife, Jacalyn Wyatt on

April 3, 2008 in the Circuit Court of Cook County, County Department, Law Division (08 L

3653) against New Prime, Inc., the owner of the tractor trailer operated by William Cummings

and against Mari Marsh, Special Representative of the Estate of William Cummings, deceased.

5.      On May 14, 2008, New Prime, Inc., a Nebraska corporation petitioned this court pursuant to 28 U.S.C. §1441(a), 1446(a) and (b) for the removal of the action originally filed in the Circuit Court of Cook County, County Department, Law Division pending under case number 08 L 3653 to the United States District Court for the Northern District of Illinois, Eastern Division.

6.      On July 9, 2008 suit was filed in the Circuit Court of Cook County, County Department, Law Division on behalf of Emmanuella Cummings, individually and as parent, guardian and next friend of Becky Cummings, Karen Cummings and Timothy Cummings against New Prime, Inc., court number 08 L 7429, for the injuries suffered as a result of the motor vehicle accident of December 6, 2006.

7.      On July 9, 2008, counsel for the plaintiff and defendant appeared before this Court for a status hearing.  Counsel advised the Court of the anticipated filing of the lawsuit on behalf of Emmanuella Cummings in the Circuit Court of Cook County.  A schedule for discovery was set and this matter was continued to July 30, 2008 for further status.

8.      Since the initial status hearing the parties have exchanged written discovery materials, provided the Rule 26(a)(1) initial disclosures and conducted a face to face conference to address the possibility of settlement and the potential transfer of this matter to the Magistrate Judge.  It should be noted that the plaintiff, Frank Wyatt attended the hearing by phone due to his recent cervical fusion.

9.      At all times relevant, the defendant's decedent, William Cummings was a citizen of Missouri and a resident of Springfield, Missouri.  (Illinois Traffic Crash Report identifying William B. Cummings' residence address is attached hereto as Exhibit A).

2

10.    The principal place of business for New Prime, Inc. is Springfield, Missouri. (Affidavit of Robert Golden, attached hereto as Exhibit B).

11.    At the time of the motor vehicle accident on December 6, 2006, Emmanuella Cummings, Becky Cummings, Karen Cummings and Timothy Cummings were citizens of Missouri and residents of Springfield, Missouri. (Illinois Traffic Crash Report identifying residence addresses of Emmanuella Cummings, Becky Cummings, Karen Cummings and Timothy Cummings is attached hereto as Exhibit A).

12.    The lawsuits filed on behalf of Frank Wyatt, Jacalyn Wyatt, Emmanuella Cummings, Becky Cummings, Karen Cummings and Timothy Cummings for the injuries suffered as a result of the motor vehicle accident of December 6, 2006 raise common issues of law and fact in the interest of judicial economy require consolidation for the purpose of discovery and likely trial.

13.    In light of the residency of Emmanuella Cummings, Becky Cummings, Karen Cummings and Timothy Cummings in Missouri as well as the corporate residence of New Prime, Inc. in Missouri, absolute diversity of the parties will no longer exist once the cases are consolidated.

14.    Plaintiff's counsel, Daniel J. McDevitt has discussed the issue of remanding this case to State Court so that it may be consolidated with the action filed on behalf of Emmanuella Cummings with Robert J. Golden, the attorney for the defendants. Mr. Golden has agreed to the remanding of this matter to the Circuit Court of Cook County so that the cases may be consolidated.

3

WHEREFORE, the plaintiffs, Frank Wyatt and Jacalyn Wyatt pray that this court enter an order remanding 08 CV 2795 to the Circuit Court of Cook County, Illinois, County Department, Law Division.

Respectfully submitted:

DWYER & McDEVITT, LTD.

By: /s/Daniel J. McDevitt

Daniel J. McDevitt
Dwyer & McDevitt, Ltd.
30 North LaSalle Street
Suite 3900
Chicago, Illinois 60602
(312) 332-0072

4

Case 1:08-cv-02795   Document 10-2   Filed 08/08/2008   Page 1 of 1

# ILLINOIS TRAFFIC CRASH REPORT

ISP-4982-2006/1206-021924

UNOFFICIAL

Not For Distribution

SHEET 1 OF 1

INVESTIGATING AGENCY: ILLINOIS STATE POLICE

TYPE OF REPORT: 1 On-scene

TYPE OF CRASH: B Injury

AGENCY CRASH REPORT NO: 03-06-16043

DATE OF CRASH: 12/06/2006

NO. VEHICLES: 2

TIME OF CRASH: 12:15 AM

| | DRAC | PEDV | FRED | TRFC | WEAT | DRVA | DRVA | VIS | VEH1 | VEH2 | LGHT | COLL | MANV | MANV | PPA | PPA | PPL | PPL | | | TREW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit 2 | 9 | 1 | 12 | 1 | 7 | 1 | 1 | 1 | 5 | | | 11 | 1 | 11 | 99 | 99 | 9 | 9 | | | 3 |
| Unit 1 | 1 | 4 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | | | 11 | 1 | 11 | 99 | 99 | 9 | 9 | | | 7 |

## Unit 1

NAME (LAST, FIRST, MI): CUMMINGS, WILLIAMS B
STREET ADDRESS: 610A, E BATTLEFIELD
CITY: SPRINGFIELD  STATE: MO  ZIP: 65807
TELEPHONE: (715) 854-2401
LICENSE NO: R205179016  STATE: MO  CLASS: A
DISTANCE: Feet  DIRECTION: North
HIGHWAY OR STREET NAME: BISHOP FORD
NAME OF INTERSECTION OR ROAD FEATURE

DATE OF BIRTH: 06/26/1941
SEX: M  SAFT: 2  AIR: 1  INJURY: K  EJECT: 1
DRIVER: Driver
EMS AGENCY: CHICAGO FIRE DEPT.

MAKE: Freightliner  MODEL: Truck  YEAR: 06
PLATE NO: 93448  STATE: MO  YEAR: 06
VIN: 1FUJBBCK76LV75008
VEHICLE OWNER (LAST, FIRST, MI): NEW PRIME,
OWNER ADDRESS (STREET, CITY, STATE, ZIP): PO BOX 4208 2740 N MAYFAIR, SPRINGFIELD, MO, 65803
CITY / TOWNSHIP  COUNTY: COOK
AGENCY CRASH REPORT NO: 03-06-16043

TELEPHONE: (715) 854-2401
INSURANCE CO: Liberty Insurance Company of America
POLICY NO: AS275128339900044

DAMAGED AREA(S)
INTERSECTION RELATED: N
PRIVATE PROPERTY: N
HIT/RUN: N
CONTACT: 1
POINT OF 1ST: 1

UNDER CARRIAGE  TOTAL  OTHER  UNKNOWN
NONE
TOWED: Y  FIRE: N  HAZMAT SPILL: N  COMVEH: Y

| | EV NO | MOST EVENT | LOC | SEAT | SEX | SAFT | AIR | INJ | EJCT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | X | II | | F | 1 | 2 | A | 1 | | | | | CUMMINGS EMMA N/A, SPRINGFIELD, MO 65807, N/A |
| 2 | 1 | X | II | | F | 1 | 1 | A | 1 | | | | | CUMMINGS BECKY, 610A BATTLEFIELD, SPRINGFIELD, MO 65807, N/A |
| 1 | 1 | | I | 1 | M | 1 | 1 | A | 1 | | | | | CUMMINGS KAREN, 610A, E BATTLEFIELD, SPRINGFIELD, MO 65807, N/A |
| 7 | 1 | | | 1 | F | 3 | 2 | A | 1 | | | | | CUMMINGS TIMMOTHY N/A, 610 BATTLEFIELD, SPRINGFIELD, MO 65807, N/A |

## Unit 2

NAME (LAST, FIRST, MI): WYATT, FRANKLIN RAY
STREET ADDRESS: 4376 ISLAND PARK DR
CITY: WATERFORD  STATE: MI  ZIP: 48329
TELEPHONE: (734) 451-5407
LICENSE NO: W300261730010  STATE: MI  CLASS: CA

DATE OF BIRTH: 01/03/1952
SEX: M  SAFT: 2  AIR: 1  INJURY: B  EJECT: 1
DRIVER: Driver
EMS AGENCY: CHICAGO FIRE DEPT.

MAKE: Strick Trailers C. Dry Van-plate Trai  MODEL: 96  YEAR: 96
PLATE NO: 0932477  STATE: ME  YEAR: 06
VIN: 1S12E9536TD389039
VEHICLE OWNER (LAST, FIRST, MI): GREAT LAKES, N/A N/A
OWNER ADDRESS (STREET, CITY, STATE, ZIP): 13101 ECKLES RD, PLYMOUTH, MI, 48170

TELEPHONE: (734) 451-5407
INSURANCE CO: Adriatic insurance
POLICY NO: CBA41001

DAMAGED AREA(S)
CONTACT: 5
POINT OF 1ST: 5

UNDER CARRIAGE  TOTAL  OTHER  UNKNOWN
NONE
TOWED: Y  FIRE: N  HAZMAT SPILL:  COMVEH: Y

DAMAGE PROPERTY OWNER NAME: ADVOCATE CHRIST MEDICAL / CHICAGO FIRE DEPT.
PROPERTY OWNER ADDRESS (STREET, CITY, STATE, ZIP)
PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL)

| EV NO | SEAT | SEX | SAFT | AIR | INJ | EJCT | ARREST NAME | OFFICER ID | DOB | SECTION | CITATION NO | DAMAGED PROPERTY | HOSP | DATE NOTIFIED | TIME NOTIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | F | 2 | 1 | A | 1 | | 03/28/1979 | | | | CUMMINGS CHRIST | ADVOCATE CHRIST | UNIVERSITY OF CHICAGO | 12/06/2006 |
| 8 | 1 | F | 1 | 2 | A | 1 | | 10/13/1998 | | | | ADVOCATE CHRIST | ADVOCATE CHRIST | UNIVERSITY OF CHICAGO | 12:31 AM |
| 7 | 1 | F | 1 | 2 | A | 1 | | 11/20/2000 | | | | UNIVERSITY OF CHICAGO | UNIVERSITY OF CHICAGO | UNIVERSITY OF CHICAGO | |
| 1 | 1 | M | 3 | 2 | A | 1 | | 02/13/2004 | | | | UNIVERSITY OF CHICAGO | UNIVERSITY OF CHICAGO | UNIVERSITY OF CHICAGO | |

OFFICER ID: 4982
BEAT/DIST: 3
SUPERVISOR ID
COURT DATE
COURT TIME

CONTRIBUTORY CAUSE (primary): 1 Exceeded authorized speed limit
CONTRIBUTORY CAUSE (secondary): 3 Following too closely

HOSP: EMS
POINT OF 1ST CONTACT

# LANES: 2
NO. LANES
RSUR
VEH1: 98
VEH2: 98
ALGN: 2
RDEF
BAC: 96
DIR P
NO. OCCS: 5
VEH1
VEH2
TREW: 7 / 3

RJG:clw           Atty. No. 90242                   5946-25182

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FRANK WYATT and JACALYN WYATT, | ) | 08CV2795      PH |
| | ) | JUDGE LINDBERG |
| Plaintiffs, | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| v. | ) | Federal Case No. |
| | ) | |
| NEW PRIME, INC., a foreign corporation | ) | State Court No. |
| and MARI MARSH, Special Representative | ) | |
| of the ESTATE OF WILLIAM CUMMINGS, | ) | Defendants demand trial by jury |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ATTORNEY ROBERT J. GOLDEN

I, Robert J. Golden, having been first duly sworn, on oath deposes and states that if called at trial I would testify as follows:

1.      I am an adult, over the age of 18 years and subject to no known legal disability.

2.      I am an attorney licensed to practice law within the State of Illinois and the United States District Court for the Northern District of Illinois.

3.      I have been retained by the defendants herein NEW PRIME, INC. and MARI MARSH, Special Representative of the ESTATE OF WILLIAM CUMMINGS, to defend their interests in this lawsuit filed by FRANK WYATT and JACALYN WYATT.

4.      Contemporaneous with plaintiff's counsel's forwarding of a correspondence dated April 4, 2008, I spoke with Daniel J. McDevitt, plaintiff's counsel who reported that Mari Marsh is my (office) legal assistant.

5.      Attorney McDevitt confirmed that Mari Marsh is a citizen of the State of Illinois, and is neither a resident nor citizen of the State of Michigan.



6.     I have confirmed in consultation with my principal, New Prime, Inc., that New Prime's principal place of business is Springfield, Missouri.

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
ROBERT J. GOLDEN

SUBSCRIBED AND SWORN
before me on this 13th day of May 2008.

_____
Notary Public

```
OFFICIAL  SEAL
CLAUDIA MARTINEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-4-2010
```

2