IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK WYATT and <br> JACALYN WYATT <br> <br> Plaintiffs, <br> <br> v. <br> <br> MARI MARSH, Special Representative of the <br> Estate of William Cummings, deceased, <br> and NEW PRIME, INC., a foreign corporation <br> Defendant. | No. 08 CV 2795 <br> <br> Judge: George W. Lindberg <br> <br> Magistrate: Geraldine Soat Brown |

## NOTICE OF MOTION

To: Robert Golden
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661

Gregory Cox
Nicolosi & Associates, LLC
363 Financial Court, Suite 100
Rockford, IL 61107

**PLEASE TAKE NOTICE** that on August 13, 2008, at 9:30 a.m. or as soon thereafter as this motion may be heard, the undersigned shall appear before the Honorable Judge George W. Lindberg in Room 1425 of the Dirkson Federal Building, 219 S. Dearborn, Chicago, Illinois and then and there present plaintiff's ***Motion to Remand to State Court***, a copy of which has been electronically filed with the Court and served upon you.

Daniel J. McDevitt
DWYER & McDEVITT, LTD.
30 N. LaSalle Street, Suite 3900
Chicago, Illinois 60602
(312) 332-0072
Atty. ARDC No. #6237651
dmcdevitt@dwyerlawoffices.com

## PROOF OF SERVICE

The undersigned, attorney for the plaintiff, hereby certifies that he filed the foregoing Notice of Motion and accompanying pleadings with the Clerk of Court via electronic filins, copies of which were thereafter sent electronically to the above-noted counsel on August 8, 2008.

> By: /s/Daniel J. McDevitt
> Daniel J. McDevitt (dmcdevitt@dwyerlawoffices.com)
> Dwyer & McDevitt, Ltd.
> 30 North LaSalle Street, Suite 3900
> Chicago, Illinois 60602
> (312) 332-0072