# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2795 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Wyatt, et al. Vs. Marsh, et al. | | |

**DOCKET ENTRY TEXT**

The agreed motion to remand to state court [10] is granted. By agreement of the parties, this case is remanded to the Circuit Court of Cook County, Illinois for all further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|